AO 247 Amended WA,E (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
APR 02 2008
JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

United States of America )
v. )   Case No: 2:05CR06002-EFS-001
Devon T. Straws, )   USM No: 16206-085
 )
Date of Previous Judgment: 02/20/2007 )   Tracy Staab
(Use Date of Last Amended Judgment if Applicable) )   Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of _____ months **is reduced to** _____ .

Defendant's Motion to Expedite Hearing (Ct Rec 92) is GRANTED.
Defendant's Application for Appointment of Counsel (Ct Rec 88) is GRANTED.

Except as provided above, all provisions of the judgment dated 02/20/2007 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 4/1/2008

_____
Judge's signature

Effective Date: 4/1/2008          The Honorable Edward F. Shea   Judge, U.S. District Court
(if different from order date)            Printed name and title